UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO.   04-488M |
| v. | ) | |
| ROGELLE HARRIS | ) | DETENTION ORDER |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

     Count I: CONSPIRACY TO COMMIT BANK FRAUD AND MISREPRESENT

     SOCIAL SECURITY NUMBERS - Title 18, U.S.C., Section 371

     Count II: BANK FRAUD - Title 18, U.S.C., Section 1344

     Count III: MISREPRESENTING A SOCIAL SECURITY NUMBER - Title 42,

     U.S.C., Section 408(a)(7)(B) and 2

Date of Detention Hearing: August 15, 2005.

     The court, having conducted an uncontested detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions, which defendant can meet, will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     (1)  The Defendant is viewed as a risk of nonappearance due to a history of failing to appear in court and failing to comply with orders.  Furthermore, the Defendant has been associated with multiple alias names, dates of birth, and social security numbers.

     (2)  The Defendant is viewed as a danger to the community due to the nature of

DETENTION ORDER
PAGE -1-

1    the instant offense.  Additionally, the Defendant has an extensive criminal

2    history that includes convictions for Assault in the 1st Degree, Violation of

3    the Uniform Controlled Substance, and 5 DUIs.

4    (3) The Defendant did not contest his detention.

5  Thus, there is no condition or combination of conditions that would reasonably assure

6  future court appearances.

7  It is therefore ORDERED:

8    (l)  Defendant shall be detained pending trial and committed to the custody of

9       the  Attorney General for confinement in a correctional facility separate, to

10       the extent practicable, from persons awaiting or serving sentences, or being

11       held in custody pending appeal;

12    (2)  Defendant shall be afforded reasonable opportunity for private

13       consultation with counsel;

14    (3)  On order of a court of the United States or on request of an attorney for the

15       Government, the person in charge of the correctional facility in which

16       defendant is confined shall deliver the defendant to a United States

17       Marshal for the purpose of an appearance in connection with a court

18       proceeding; and

19    (4)  The clerk shall direct copies of this order to counsel for the United States,

20       to counsel for the defendant, to the United States Marshal, and to the

21       United States Pretrial Services Officer.

22    DATED this 25th day of August, 2005.

23
     _____
     Monica J. Benton
24   United States Magistrate Judge

25

26

DETENTION ORDER
PAGE -2-